AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

**FILED - MQ**

June 10, 2010 10:45 AM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America<br>v.<br><br>PETRA ULRIKE RICHTER<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)   Case No.  2:10-mj-09<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 8, 2010 _____ in the county of _____ Chippewa _____ in the Western District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1324(a)(2)(B)(iii) | The defendant, knowing that an alien, namely Wolfgang Kurt Richter, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States the said Wolfgang Kurt Richter, and did not bring and present said alien to an appropriate immigration officer immediately upon arrival at a designated Port of Entry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James F. Scheffler, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 6/10/2010 _____

_____
*Judge's signature*

City and state: _____ Marquette, Michigan _____

Timothy P. Greeley, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, James F. Scheffler being duly sworn, depose and say:

1.  I am currently employed by the Department of Homeland Security (DHS), Bureau of Customs and Border Protection (CBP), as a Customs and Border Protection Enforcement Officer at the Sault Ste. Marie, Michigan Port of Entry.  I have been employed by the Department of Homeland Security since February of 2004. The statements made herein are based upon my personal observations, conversations with other law enforcement officers, and review of documents and records, and are true and correct to the best of my information and belief.

2.  On June 8, 2010, Petra Ulrike Richter attempted to enter the United States from Canada with knowledge that her husband, an alien, was in the back hatch of a 2010 Dodge minivan with Ohio License plate number EYP5330 that she was driving.  Mrs. Richter, a citizen and national of Germany and lawful permanent resident of the United States with a date of birth in 1961, presented herself for inspection at the International Bridge, Sault Ste. Marie, Michigan Port of Entry in the above stated vehicle which is owned by EAN Holdings, a rental vehicle company.

3. During routine questioning at the primary inspection booth, Mrs. Richter described her foreign travels and her travel documents.   She claimed to travel abroad but the travels she described did not match her German Passport.  Mrs. Richter also produced a German driver's license but claimed to live in Florida as a Lawful Permanent Resident of the United States. Based on Mrs. Richter's claims, Mrs. Richter was referred to secondary inspection. While performing a vehicle search, a CBP Officer noticed a large black bag with the zipper partly opened revealing hair and what appeared to be a human head. A CBP Officer opened the bag revealing a person inside later identified as Wolfgang Richter, spouse of Mrs. Richter.   Mr. Richter was removed from the bag and vehicle, handcuffed, and an immediate patdown was performed. Both Mr. and Mrs. Richter were escorted to the secure detention area.  Mr. and Mrs. Richter were fingerprinted, and the fingerprints were entered into the Integrated Automated Fingerprint Identification System (IAFIS), which returned with negative results for aliases, prior adverse actions, and no active wants and warrants.

4. Mrs. Richter was then advised of her *Miranda* rights by CBP Enforcement Officer Gallagher as witnessed by your affiant and Immigration and Customs Enforcement (ICE) Agent Wilton.  Mrs. Richter chose to waive those rights and answer questions.  Mrs. Richter admitted that she knew that her husband is not allowed into the United States and she and her husband planned to illegally bring him into the United States so they could live and work in California.  Mrs. Richter stated that her husband entered the trunk with her

assistance in Sault Ste. Marie, Ontario approximately 20 minutes prior to their arrival at the Sault Ste. Marie, Michigan port of entry.  During the course of her interview, Mrs. Richter admitted to being a German citizen, admitted that she was a lawful permanent resident and that her husband did not have authorization to be in the United States.  Mrs. Richter admitted she was attempting to bring him into the United States to live and work, and admitted that she knew that it was illegal to hide her husband in the trunk of the vehicle to elude inspection.

5. Based on the foregoing, I respectfully submit that there is probable cause to believe that Petra Ulrike Richter, knowing that an alien had not received prior official authorization to come to, enter, or reside in the United States, attempted to bring said alien into the United States without bringing said alien and presenting him to an appropriate immigration officer immediately upon arrival, contrary to Title 8, United States Code, Section 1324(a)(2)(B)(iii).

James F. Scheffler
CBP Enforcement Officer

Sworn to me and subscribed
in my presence this 10th day of June, 2010.

Honorable Timothy P. Greeley
UNITED STATES MAGISTRATE JUDGE